**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH REYNAFARJE,<br><br>Plaintiffs.<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 8:20-cv-00837-JLS-JDE<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this entire matter shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: August 26, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE